PHILIP SULLIVAN ET AL. *v.* MARYANNE
DELISA ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court (AC 25730) is denied.

*Philip Sullivan,* pro se, and *Charlotte Sullivan,* pro
se, in support of the petition.

Decided February 28, 2007

WEBSTER BANK (SUBSTITUTED BY EMC MORT-
GAGE CORPORATION AND NORWEST BANK
MINNESOTA, NA, AS TRUSTEE) *v.* DANIEL
MICHAELESCO ET AL.

The petition by the defendant Ortansa Michaelesco
for certification for appeal from the Appellate Court
is denied.

*Ortansa Michaelesco,* pro se, in support of the
petition.

*Christopher Lagano,* in opposition.

Decided February 28, 2007

CHARLES COLEMAN *v.* COMMISSIONER OF
CORRECTION

The petitioner Charles Coleman's petition for certifi-
cation for appeal from the Appellate Court, 99 Conn.
App. 310 (AC 25636), is denied.

*Lisa J. Steele,* special public defender, in support of
the petition.

Decided March 6, 2007